IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case Name: CELSIUS CHAPTER 11

Case No. 22-10964

**IN FORMA PAUPERIS**

I, Christopher Lee Shanks, hereby apply to the court for permission to waive the filing fee without prepayment of costs or security thereof. In support of this application, I declare that:

1. I am unable to pay the costs of this lawsuit and I am unable to give security thereof.
2. I am a citizen of the United States, and a Coloradan.
3. I am unable to pay the costs of this lawsuit because I am a father of two as well as a husband. My wife works once a week and I am the main source of financial stability. This fee would cause undo hardship that I have already incurred due to the actions of the defendant.
4. I certify that I am the party filing this lawsuit and that the facts stated herein are true and correct to the best of my knowledge and belief.

Wherefore, it is respectfully requested that this Court waive the filing fee in this case.

/s/ Christopher Lee Shanks
Signature of filer Date: February 9th 2023

Name of Filer: Christopher Lee Shanks
Telephone: 4696195685
E-mail: shanksc@protonmail.com
Address: 308 Main street, #621,
City: Canon City,
State: Colorado
Zip code: 81212