**From:** **Chris** shanksc@protonmail.com
**Subject:** Reverse margin call
**Date:** October 6, 2021 at 10:40 AM
**To:** loans@celsius.network

To whom it May concern,

I am looking to release excess collateral on my loan. Please and thank you.


Sent from ProtonMail mobile