☰  Sign in

Celsius Network  >  Borrow  >  Loans

🔍 Search

Articles in this section  ⌄

# What is a Reverse Margin Call?

2 years ago · Updated

Follow

When your locked collateral has increased in value, you may ask that some of your collateral be released back to you. The process of releasing collateral back to you is called a reverse margin call.

We do reverse margin calls at the middle and end of each month.

When you request a reverse margin call, the lending team will add your loan to the queue for the next round of reverse margin calls.

Please note some guidelines:

1. When calculating how much collateral can be released, we use your collateral's ten-day low.
2. Borrowers are eligible for a reverse margin call only if their LTV as noted in the contract decreases at least 50%. (For example, a borrower started with a 50% LTV, but the value of the collateral has appreciated such that the current LTV is 25%.)
3. Reverse margin calls are unavailable for CEL backed loans.

The released collateral will be placed in your Celsius wallet.

To request a reverse margin call, contact loans@celsius.network.

  

#### Was this article helpful?

| Yes | No |
|---|---|

146 out of 169 found this helpful

Have more questions? Submit a request

Return to top ^

### Recently viewed articles

Margin Call FAQ

Custody FAQ

How do I apply for a USD loan?

### Related articles

Margin Call FAQ

Why does the interest rate vary on loans?

Can you sell my collateral to close my loan early?

How to close a loan via the Celsius app?

Can I have multiple loans?

*Some of Celsius' products and services are presently unavailable and, therefore, some content on this page may not be up to date at this time. As more fully explained in* our Blog*, Celsius and certain of its affiliates have filed voluntary petitions for Chapter 11 Bankruptcy relief to stabilize our business and implement a restructuring that aims to maximize value for all stakeholders. For general information, please visit* this website.

[Powered by Zendesk](#)