**From:** Chris shanksc@protonmail.com
**Subject:** Re: Reverse margin call
**Date:** November 8, 2021 at 10:45 PM
**To:** loans@celsius.network

To Whom It May Concern,

I've requested a reverse margin call on October 6th 2021 and have heard nothing back. It is now Nov 8th and this is my second reverse margin call request. Please let me know what I need to do to release excess Bitcoin collateral. Please and thank you.

------- Original Message -------
On Wednesday, October 6th, 2021 at 10:40 AM, Chris <shanksc@protonmail.com> wrote:

> To whom it May concern,
>
> I am looking to release excess collateral on my loan. Please and thank you.
>
> Sent from ProtonMail mobile