**From:** Celsius Network zendesk@celsius.network
**Subject:** Ticket Received - Re: [Celsius] Action Required - Resolve Margin Call for Loan #45846 - (1012354)
**Date:** June 13, 2022 at 6:15 PM
**To:** Chris Shanks shanksc@protonmail.com



##- Please type your reply above this line -##

Dear Chris,

Thank you for emailing us at Celsius.

We have received your inquiry. Our aim is to get back to you as soon as possible – within 24 hours where possible.

Your inquiry has been assigned number: 1012354
Please use this conversation for any follow-up communication. Opening a new inquiry unfortunately won't help us answer you any quicker.

Important note: if you are contacting us from an email address not associated with your Celsius account, please switch to that email and contact us again. This allows our team to verify your identity when we reach your inquiry.

Do you want to receive live assistance? Call us at 1-866-HODL-NOW (1-866-463-5669).
Our Customer Care Center is available Monday – Friday, from 8AM – 11PM EST.

Did you know that our Help Center has more than 200 articles and Celsius tips and tricks? Click below to take a look around.
https://support.celsius.network/hc/en-us

We'll be back in touch shortly with a response to your inquiry.

Sincerely,
Celsius

This email is a service from Celsius Network. Delivered by Zendesk