

**Celsius Network** > My activities

# Re: [Celsius] Action Required - Resolve Margin Call for Loan #45846

**Ticket details**

**Chris Shanks**
8 months ago

To Whom it may concern,

How can I make a payment if accounts are frozen? In good faith, I have been attempting to make the margin call but cannot do so because of freezing the accounts.

-------- Original Message --------
On Jun 13, 2022, 17:13, Celsius < app@celsius.network> wrote:

# Action Required - Resolve Margin Call for Loan #45846

Dear Christopher Lee Shanks,

The LTV for your active loan #45846 has reached 65.00% and a margin call has been issued. Your current LTV is 72.42%, to keep your loan active and avoid liquidation, you must resolve the margin call by adding enough collateral to rebalance the LTV back to the contracted rate of 50.00%.

Below is an overview of your loan details and the amount of crypto you need to add to resolve the margin call:

| | |
|---|---|
| **Due Date:** | June 14, 2022 3:12 AM (UTC) |
| **Collateral Amount Due:** | 3.89600714 BTC |

\* The amount is an estimate and may fluctuate based on the actual value at the time the digital currency is locked.

| | |
|---|---|
| **Loan Number:** | 45846 |
| **Loan Amount:** | 142,000 USD |
| **APR:** | 8.95% |
| **Origination Date:** | May 25, 2021 9:06 AM |

| | |
|---|---|
| **Maturity Date:** | May 25, 2024 12:00 AM |
| **Current Collateral Balance:** | 8.70722001 BTC |
| **Contract LTV:** | 50.00% |
| **Current LTV:** | 72.42% |
| **Margin Call LTV trigger:** | 65.00% |
| **Liquidation LTV trigger:** | 80.00% |

According to the loan Terms and Agreement, if a margin call is not resolved within 24 hours and/or if your loan LTV reaches 80.00% or more, Celsius may have to liquidate your collateral to cover the principal loan amount. There is a 3% operational charge for the liquidation of collateral.

If you have any questions or require additional assistance, please contact loans@celsius.network.

Additional Margin Call Resources:
Margin Call Management
Margin Call FAQs
Tutorial - How To Resolve a Margin Call

---

**Celsius Network LLC**
121 River St, PH05
Hoboken, NJ 07030
USA

**Celsius EU UAB**
Gedimino pr. 20
Vilnius 01103, Lithuania

**Celsius Network Limited**
The Harley Building, 77-79
New Cavendish Street
London W1W 6XB, United Kingdom

**Celsius Lending LLC**
121 River St, PH05
Hoboken, NJ 07030
USA

© Celsius 2022



**Customer Care Expert**
7 months ago

Hello Christopher,

Thank you for connecting with Celsius Customer Care.

Your loan was liquidated on **06/15/2022** with an LTV of **80.59%**.

As per the loan Terms and Conditions, we needed to liquidate your loan because the LTV increased to such a high level.

We try to provide as much time as possible in all situations, but this was a function of the price crash.

We do apologize that it happened without much time for action from your end.

Unfortunately, there isn't a way for this to be reversed.

Should you have any other questions, please don't hesitate to reconnect with us and we will be happy to assist.

Wishing you a great day ahead and thank you for being a part of our community!

For additional assistance, please reply to this email or simply call us at 1-866-HODL-NOW (1-866-463-5669). We are looking forward to your call!

Best regards and HODL on!

Read our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us



**Chris Shanks**
7 months ago

Was my email not clear? How am I supposed to make a payment to provide the requested liquidity if your company froze ALL transactions?

Thanks,

Chris Shanks

**Customer Care Expert**
7 months ago

Hello Christopher,

Thank you for your reply.

We do understand that the recently implemented pause on withdrawals, swaps, and transfers has been difficult for our entire community and that it may raise certain concerns even with our most loyal Celsians.

However, we would like to use this opportunity to point out that these necessary measures were, in fact, implemented to stabilize liquidity and operations and thus protect our community members.

Please be informed that our ultimate objective is to restore withdrawals, swaps, and transfers as quickly as possible.

This process will take time, and there may be a delay.

As always, and in the good spirit of Celsius, we will continue to share more information on this important event as it becomes available.

In the meantime, all our users will continue to accrue weekly rewards during this pause, in line with our commitments to our community.

We are grateful for your loyalty and ongoing support, as we know that this is not an easy situation for you and many other users.

Please keep in mind that Celsius is still on its mission to provide financial freedom to all its community members, and all our actions are motivated by this.

Should you have any other questions, please don't hesitate to reconnect with us and we will be happy to assist.

Wishing you a great day ahead and thank you for being a part of our community!

For additional assistance, please reply to this email or simply call us at 1-866-HODL-NOW (1-866-463-5669). We are looking forward to your call!

Best regards and HODL on!

Read our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us

This request is closed for comments. You can create a follow-up.

*Some of Celsius' products and services are presently unavailable and, therefore, some content on this page may not be up to date at this time. As more fully explained in our Blog, Celsius and certain of its affiliates have filed voluntary petitions for Chapter 11 Bankruptcy relief to stabilize our business and implement a restructuring that aims to maximize value for all stakeholders. For general information, please visit this website.*

Powered by Zendesk