| | | |
|---|---|---|
| **From:** | Chris Shanks shanksc@protonmail.com | |
| **Subject:** | Re: [Celsius] Loan Closure and Liquidation: Confirmation - [June 15, 2022 9:32 AM] | |
| **Date:** | June 15, 2022 at 1:55 PM | |
| **To:** | Celsius app@celsius.network | |

I have responded to previous emails (see attachment), included support@celsius.com with inquiry id# 1012354 (received automated response. see attachment) yet still am being liquidated with no support responses?

Thanks,

Chris Shanks

On Jun 15, 2022, at 3:32 AM, Celsius <app@celsius.network> wrote:



# Loan Liquidation - Confirmation
# June 15, 2022 9:32 AM

**Dear Christopher Lee Shanks,**

Your active loan 45846 has reached its liquidation threshold. Because you have not resolved your outstanding margin call or responded to our previous communications, we have closed your loan and liquidated the amount of collateral needed to cover your principal loan amount and any outstanding interest due. The remaining collateral that was not liquidated has been unlocked and returned to your Celsius account. If you have any questions or require additional assistance, please respond to this email or reach out to our team directly at **loans@celsius.network**.

| | |
|---|---:|
| **Collateral amount unlocked:** *Amount user remain with after paying with collateral in coin* | $28,838.75 |
| **Collateral amount liquidated:** *Total actual liquidation amount in coin, principal, interest. Liquidation cost* | $147,351.85 |
| **Operational cost:** *Total actual operational cost payed* | $4,291.80 |

Please feel free to contact Celsius Loans Support if you have any questions.



| Celsius Network LLC | Celsius EU UAB | Celsius Network Limited | Celsius Lending LLC |
|---|---|---|---|
| 121 River St, PH05 Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 121 River St, PH05 Hoboken, NJ 07030 USA |

© Celsius 2022

**From:** "Celsius Network" <zendesk@celsius.network>
**Subject:** Ticket Received - Re: [Celsius] Action Required - Resolve Margin Call for Loan #45846 - (1012354)
**Date:** June 13, 2022 at 6:15:57 PM MDT
**To:** "Chris Shanks" <shanksc@protonmail.com>
**Reply-To:** "Celsius Network" <zendesk@celsius.network>

##- Please type your reply above this line -##

Dear Chris,

Thank you for emailing us at Celsius.

We have received your inquiry. Our aim is to get back to you as soon as possible – within 24 hours where possible.

Your inquiry has been assigned number: 1012354
Please use this conversation for any follow-up communication. Opening a new inquiry unfortunately won't help us answer you any quicker.

Important note: if you are contacting us from an email address not associated with your Celsius account, please switch to that email and contact us again. This allows our team to verify your identity when we reach your inquiry.

Do you want to receive live assistance? Call us at 1-866-HODL-NOW (1-866-463-5669).
Our Customer Care Center is available Monday – Friday, from 8AM – 11PM EST.

Did you know that our Help Center has more than 200 articles and Celsius tips and tricks? Click below to take a look around.
https://support.celsius.network/hc/en-us

We'll be back in touch shortly with a response to your inquiry.

Sincerely,
Celsius

This email is a service from Celsius Network. Delivered by Zendesk

[WPP3R4-Z7R9Z]

**From:** "Chris" <shanksc@protonmail.com>
**Subject:** Re: [Celsius] Action Required - Resolve Margin Call for Loan #45846
**Date:** June 13, 2022 at 6:15:35 PM MDT
**To:** <app@celsius.network>
**Cc:** "support" <support@celsius.com>
**Reply-To:** "Chris" <shanksc@protonmail.com>

To Whom it may concern,

How can I make a payment if accounts are frozen? In good faith, I have been attempting to make the margin call but cannot do so because of freezing the accounts.

-------- Original Message --------
On Jun 13, 2022, 17:13, Celsius < app@celsius.network> wrote:



# Action Required - Resolve Margin Call for Loan #45846

Dear Christopher Lee Shanks,

The LTV for your active loan #45846 has reached 65.00% and a margin call has been issued. Your current LTV is 72.42%, to keep your loan active and avoid liquidation, you must resolve the margin call by adding enough collateral to rebalance the LTV back to the contracted rate of 50.00%.

Below is an overview of your loan details and the amount of crypto you need to add to resolve the margin call:

| | |
|---|---:|
| **Due Date:** | June 14, 2022 3:12 AM (UTC) |
| **Collateral Amount Due:** | 3.89600714 BTC |

*\* The amount is an estimate and may fluctuate based on the actual value at the time the digital currency is locked.*

| | |
|---|---:|
| **Loan Number:** | 45846 |
| **Loan Amount:** | 142,000 USD |
| **APR:** | 8.95% |
| **Origination Date:** | May 25, 2021 9:06 AM |
| **Maturity Date:** | May 25, 2024 12:00 AM |
| **Current Collateral Balance:** | 8.70722001 BTC |

| | |
|---|---|
| **Contract LTV:** | 50.00% |
| **Current LTV:** | 72.42% |
| **Margin Call LTV trigger:** | 65.00% |
| **Liquidation LTV trigger:** | 80.00% |

According to the loan Terms and Agreement, if a margin call is not resolved within 24 hours and/or if your loan LTV reaches 80.00% or more, Celsius may have to liquidate your collateral to cover the principal loan amount. There is a 3% operational charge for the liquidation of collateral.

If you have any questions or require additional assistance, please contact loans@celsius.network.

Additional Margin Call Resources:
Margin Call Management
Margin Call FAQs
Tutorial - How To Resolve a Margin Call

**Celsius Network LLC**
121 River St, PH05
Hoboken, NJ 07030 USA

**Celsius EU UAB**
Gedimino pr. 20
Vilnius 01103, Lithuania

**Celsius Network Limited**
The Harley Building, 77-79
New Cavendish Street
London W1W 6XB, United Kingdom

**Celsius Lending LLC**
121 River St, PH05
Hoboken, NJ 07030 USA

© Celsius 2022