| Internal id | Date and time | Transaction type |
|---|---|---|
| af7f06e4-f218-487e-9fd2-3f4328a1b346 | 7/8/22 5:00 | Reward |
| 86555a95-d1c0-43e9-bbca-657ff3fe4a7d | 7/8/22 5:00 | Reward |
| e627b39d-d5b7-4d7c-b724-8855d745bc85 | 7/8/22 5:00 | Reward |
| 06686df7-bbe6-462d-8a24-195c455cdb37 | 7/8/22 5:00 | Reward |
| 125da4e7-c8bf-444a-8285-cbe98345ef9d | 7/8/22 5:00 | Reward |
| 45e208da-4352-4b5a-ac62-39cfd1a3b418 | 7/1/22 5:00 | Reward |
| c734e91e-62d3-420d-9e3b-8ac3c8d13b31 | 7/1/22 5:00 | Reward |
| ed2545f6-c1c1-4710-9de9-ed5233cb1f05 | 7/1/22 5:00 | Reward |
| 58e28f3d-8ebf-41bc-ab68-dafd7aaa476e | 7/1/22 5:00 | Reward |
| 7f12ac64-df13-48c9-b116-dc20cbc1e2c9 | 7/1/22 5:00 | Reward |
| 512903f8-b096-444e-9136-d0a82117400b | 6/24/22 5:00 | Reward |
| 6b7bd8ac-eaf4-48e8-beec-cfa3389c8ae6 | 6/24/22 5:00 | Reward |
| 6adaf8ba-411d-4f02-90c8-82817d48015a | 6/24/22 5:00 | Reward |
| 5b39d5b6-5877-494d-88ff-c995d17a34d5 | 6/24/22 5:00 | Reward |
| 5eef91c8-47e3-4eb8-97c6-197e96c36900 | 6/24/22 5:00 | Reward |
| 4a3ffe95-08b7-4443-be2b-ddd27fedf65e | 6/17/22 5:00 | Reward |
| 8f999b3d-3610-4ddc-b2e2-534e4a52d892 | 6/17/22 5:00 | Reward |
| 19316d2e-a5a4-4109-851a-2dc35d673e21 | 6/17/22 5:00 | Reward |
| 84b3a646-9cbb-48d7-b7e5-f937df820173 | 6/17/22 5:00 | Reward |
| 2d879187-f818-40dd-8c2a-d016681fea50 | 6/17/22 5:00 | Reward |
| 926df2dc-5d0c-477d-8a27-bc9000e0f826 | 6/15/22 9:32 | Operation cost |
| 17123a56-e9f9-4e17-bf6f-9a6bb80d1d9b | 6/15/22 9:32 | Loan Interest Liquidation |
| 69e673d8-968b-4252-afb5-aaa708352221 | 6/15/22 9:32 | Loan Principal Liquidation |
| a34ff292-730b-484d-b9f1-71a6fbe9a530 | 6/15/22 9:32 | Collateral |

| Coin type | Coin amount | USD Value | Original Reward | Reward Amount | Confirmed |
|---|---|---|---|---|---|
| MCDAI | 0.0060495 | 0.0060495 | MCDAI | | Yes |
| CEL | 0.67397724 | 0.49059091 | CEL | | Yes |
| LTC | 1.8574E-06 | 9.9289E-05 | LTC | | Yes |
| BTC | 0.00075422 | 16.6133536 | BTC | | Yes |
| ETH | 4.73E-07 | 0.00059343 | ETH | | Yes |
| MCDAI | 0.00604427 | 0.00604427 | MCDAI | | Yes |
| CEL | 0.67326798 | 0.42556192 | CEL | | Yes |
| BTC | 0.00075387 | 14.6596357 | BTC | | Yes |
| LTC | 1.8568E-06 | 9.7907E-05 | LTC | | Yes |
| ETH | 4.72E-07 | 0.00049602 | ETH | | Yes |
| ETH | 4.72E-07 | 0.00054214 | ETH | | Yes |
| CEL | 0.67255946 | 0.69554854 | CEL | | Yes |
| BTC | 0.00075351 | 15.862849 | BTC | | Yes |
| MCDAI | 0.00603905 | 0.00603905 | MCDAI | | Yes |
| LTC | 1.8562E-06 | 0.00010356 | LTC | | Yes |
| CEL | 0.67185169 | 0.37388412 | CEL | | Yes |
| MCDAI | 0.00603383 | 0.00603383 | MCDAI | | Yes |
| BTC | 0.00020016 | 4.11948182 | BTC | | Yes |
| ETH | 4.71E-07 | 0.00051395 | ETH | | Yes |
| LTC | 1.8555E-06 | 8.5689E-05 | LTC | | Yes |
| BTC | -0.21209792 | -4291.8015 | | | Yes |
| BTC | -0.05238695 | -1060.05 | | | Yes |
| BTC | -7.01754386 | -142000 | | | Yes |
| BTC | 8.70722001 | 176190.597 | | | Yes |