**From:** **Chris Shanks** shanksc@protonmail.com
**Subject:** Re: Re: [Celsius Network] Request to withdraw my funds
**Date:** July 11, 2022 at 8:55 PM
**To:** Celsius Network zendesk@celsius.network



Hi,

I am not asking anyone to make any commitments about withdrawals. I am requesting, by demand, to manually withdraw all of my property from the Celsius platform. I did not give authorization to freeze my property from withdrawal. From the canned responses, it sounds like it is in danger by staying on your platform and is not safe. Please escalate this to your manager.

Thanks,

Chris Shanks

> On Jul 11, 2022, at 8:40 PM, Celsius Network <zendesk@celsius.network> wrote:
>
> ##- Please type your reply above this line -##
>
> Your request (#1038793) has been updated. To add additional comments, reply to this email.
>
>  **Customer Care Expert** (Celsius Network)
> Jul 12, 2022, 02:40 UTC
>
> Hello Chris,
>
> Thank you for your prompt response.
>
> We are unable to make any commitments about withdrawals at this time. Our team is working diligently around the clock. We will continue to share information with the community as and when appropriate. More information is available through our official channels (app notifications, website and blog) and you can also subscribe to our newsletter through the Celsius website.
>
> For additional assistance, please reply to this email or simply call us at 1-866-HODL-NOW (1-866-463-5669). We are looking forward to your call!
>
> Best regards and HODL on!
>
> Read our FAQs and learn more from our Help Center
> https://support.celsius.network/hc/en-us
>
>  **Chris Shanks**



Jul 12, 2022, 02:35 UTC

Hello,

The in-house issues and mismanagement of the company's finances are not of my concern nor problems that I am required or agreed to help resolve. I am requesting to manually withdraw all of my property (crypto) from your platform.

Thanks,

Chris Shanks

> On Jul 11, 2022, at 8:13 PM, Celsius Network <zendesk@celsius.network> wrote:
>
> Celsius recently ann

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.



**Customer Care Expert** (Celsius Network)

Jul 12, 2022, 02:13 UTC

Hello Chris,

Thank you for connecting with Celsius, we greatly appreciate your patience while we review your important request.

We understand you are inquiring on withdrawing your crypto at this time and would gladly advise you on this.

Celsius recently announced to the community that we are pausing all withdrawals, Swap, and transfers between accounts. This necessary action has been taken to stabilize liquidity and operations. More information is available in a blog posted at [blog.celsius.network](blog.celsius.network)..

Best regards and HODL on!

Read our FAQs and learn more from our Help Center
[https://support.celsius.network/hc/en-us](https://support.celsius.network/hc/en-us)



### Chris Shanks
Jul 12, 2022, 01:27 UTC

To Whom It May Concern,

I am requesting to manually withdraw all of my crypto funds. I cannot seem to do so from the app.

Thanks,

Chris Shanks

Reminder: Be aware of phishing sites and always make sure you are visiting the official [https://celsius.network](https://celsius.network) website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number [31000192265811](31000192265811) with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our [Risk Disclosure page](Risk Disclosure page). Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

This email is a service from Celsius Network. Delivered by **[Zendesk](about:blank)**