Christopher Lee Shanks
308 Main Street
#621
Canon City, CO 81212
Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: CELSIUS NETWORK LLC, *ET AL.,*

Debtor Case No. 22-10964 (MG)
(Jointly Administered)

Adv. Pro. No. 23-01010

# Request for Subsequent Summons

Dear Clerk of Court,

I am writing to request a subsequent summons in the above-mentioned case as the original summons was not served on the defendant within the timeframe specified by Federal Rule of Bankruptcy Procedure 7004(e).

As you may recall, the original summons was issued on 2/13/2023 and the defendant was required to be served within seven days from the date of issuance of the summons. However, the defendant or any other party involved in this case was not properly served within the summons window.

Therefore, I respectfully request that the court issue a subsequent summons to the defendant as soon as possible in order to ensure that due process is served and the case may proceed accordingly.

Thank you for your attention to this matter.

/s/ Christopher Lee Shanks
Christopher Lee Shanks

Date Electronically signed: 10th day of March 2023