# AFFIDAVIT OF SERVICE BY PERSONAL SERVICE

I, Kristen Sanders, the undersigned server, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on March, __14__, 2023, on behalf of Christopher Lee Shanks, the undersigned personally delivered the following documents to wit:

Adversary Motion,

and Court Summons

Via email into the hands of the following recipients one complete set of copies of the document described above.

C/O Kirkland & Ellis LLP.
Joseph A. D'Antonio
Legal Representee of Celsius Network LLC, et al.
601 Lexington Ave
New York, New York 10022

2. That I am at least 18 years of age.
3. That I am not related to the recipient(s) by way of blood, adoption, marriage or employment, but serve as a "disinterested third party" (herein "server") and further,
4. That I am in no way connected to or involved in the matter at issue in this action.

I now affix my signature to these affirmations this __30TH__ day of __MARCH__, 2023 at Canon City, Colorado.

STATE OF COLORADO, COUNTY OF __Fremont__, ss:

This Affidavit was acknowledged before me on this __30__ day of __March__, 2023 by Kristen Sanders, who, being first duly sworn an oath according to law, deposes and says that he has read the foregoing Affidavit subscribed by him, and that the matters stated herein are true and to the best of his information, knowledge and belief.

_Alisa M Potestio_
Notary Public

ALISA M POTESTIO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19914012802
MY COMMISSION EXPIRES OCTOBER 3, 2023

__Notary Public__
Title (and Rank)

My commission expires __10-3-2023__