**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |
| CHRISTOPHER LEE SHANKS, | ) ) ) |  |
| Plaintiff, v. | ) ) ) ) | Adversary Proceeding No. 23-01010 (MG) |
| CELSIUS NETWORK LLC, *et al.*; | ) ) ) |  |
| Defendants. | ) ) ) |  |

**CERTIFICATE OF SERVICE**

I, Joseph A. D'Antonio, associate at Kirkland & Ellis LLP, hereby certify that:

1. On April 12, 2023, I caused a true and correct copy of the *Debtors' Motion to Dismiss the Amended Complaint and Incorporated Memorandum of Law* [Case No. 23-01010, Docket No. 9] to be served via electronic mail in accordance with the *Amended Final Order (I) Establishing Certain Notice, Case Management, And Administrative Procedures, And (II) Granting Related Relief* [Case No. 22-10964, Docket No. 1181], as set forth in **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Washington, D.C.<br>Dated:  April 13, 2023 | */s/ Joseph A. D'Antonio*<br>Joseph A. D'Antonio<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone:    (202) 389-5000<br>Facsimile:      (202) 389-5200<br>Email:            joseph.dantonio@kirkland.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

## Exhibit A

## VIA ELECTRONIC MAIL

Christopher Lee Shanks
shanksc@protonmail.com

United States Trustee for the Southern District of New York
Shara.Cornell@usdoj.gov
Mark.Bruh@usdoj.gov
Brian.Masumoto@usdoj.gov