UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LEE SHANKS,<br><br>        Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>        Defendants. | Adversary Proceeding<br>No. 23-01010 (MG) |

## AFFIDAVIT OF SERVICE

  I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

  On June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Christopher Lee Shanks at an address on file, and via electronic mail on an address on file:

- **Notice of Status Conference on Debtors' Motion to Dismiss the Amended Complaint** (Docket No. 12)

Dated: June 14, 2023

                              Ana M. Galvan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 14th day of June 2023, by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.